```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>WESTATES MECHANICAL CORPORATION, a California corporation<br><br>    Defendant. | NO:  C 08 3242 MEJ<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

    It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, and defendant, WESTATES MECHANICAL CORPORATION, a California corporation, that plaintiffs have entered into a stipulation which provides for judgment against Defendant in the amount of $11,898.42,

    IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, have and recover judgment against defendant, WESTATES MECHANICAL

JUDGMENT PURSUANT TO STIPULATION    1

1  CORPORATION, a California corporation, in the amount of $11,898.42, which
2  is composed of the following:
3      a.  Liquidated damages due and unpaid to the Plaintiff
4  Trust Funds for the months since August 2006 and March 2007, in the
5  amount of $11,548.21;
6      b.  Costs of suit incurred in this action in the amount of
7  $350.00.
8      IT IS FURTHER ORDERED AND ADJUDGED and agreed by the parties
9  hereto that an abstract of judgment will be recorded but execution
10 will not issue on the judgment so long as defendant fully complies
11 with the following conditions:
12     1.  Defendant shall make payments of all ongoing amounts
13 to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST
14 FUNDS pursuant to contract between defendant and Local Union 104 of
15 the Sheet Metal Workers' International Association for hours worked
16 by defendant's employees, commencing with payment for July 2008, hours
17 due on or before August 20, 2008 and continuing until the full amount
18 of this judgment is paid.  Each of said payments will be made by check
19 payable to SHEET METAL WORKERS TRUST FUNDS and sent to the
20 administrator, P.O. Box 45312, San Francisco, CA 94145-45312.
21     2.  Defendant shall pay the amount of the liquidated damages
22 under paragraph (a) in the amount of $11,898.42 in monthly installment
23 payments of $991.54.  The first installment is due July 15, 2008 in
24 the amount of $991.54.  Each subsequent installment shall be in the
25 amount of $994.54, and shall be paid on the 15th of the month.  There
26 shall be 12 such installments, unless defendant prepays some or all
27 of the entire amount which can occur without penalty.  Prepayments
28 shall be applied to late or unpaid monthly installment payments to the

JUDGMENT PURSUANT TO STIPULATION                 2

1 extent necessary to avoid a default.  Said installment payments will
2 be made by check payable to the SHEET METAL WORKERS TRUST FUNDS and
3 sent to the collection attorney, ERSKINE & TULLEY, 220 Montgomery
4 Street, Suite 303, San Francisco, California  94104, Attention:
5 Michael Carroll.  Said installment payments will be made by check
6 payable to the SHEET METAL WORKERS TRUST FUNDS and sent to the
7 collection attorney, ERSKINE & TULLEY, 220 Montgomery Street, Suite
8 303, San Francisco, California  94104, Attention: Michael Carroll.
9 At the end of the payment plan the costs of $350.00 will be paid.
10         3.  Plaintiffs and Defendant each understand and agree that
11 any modification of payments must be made in writing and agreed to by
12 both the Plaintiffs and the Defendant.
13         IT IS FURTHER ORDERED AND ADJUDGED by the parties hereto
14 that upon failure of the Defendant to make any of their monthly
15 contribution payments pursuant to the collective bargaining agreement
16 as set forth in paragraph 1 above, and the monthly installment
17 payments in a timely manner as required pursuant to the terms of
18 paragraphs 2 and 3 of this stipulation, execution on the entire
19 judgment in the amount of $11,898.42 reduced by any offsets for
20 payments made, shall issue only after ten (10) days written notice to
21 the Defendant that Plaintiffs or Plaintiffs' attorney declares a
22 default and intends to file a Declaration stating that a default has
23 occurred on the part of the defendant.  Defendant waives notice of any
24 hearing held by the court upon the earlier execution of this judgment
25 or Plaintiffs' declaration.
26         This judgment shall cover only the amounts paid pursuant to
27 this stipulated judgment which is based on reports prepared by the
28 defendant.  The judgment does not include any unknown amounts due to

JUDGMENT PURSUANT TO STIPULATION                3

1  the Plaintiffs for the months set forth at (a) on page one, which may
2  be discovered at a later date, and specifically does not waive the
3  right of the Trust Funds to audit the employer for that time period
4  and collect any additional monies found delinquent as a result of an
5  audit.

The Clerk of Court shall close the file.

6  Dated: September 26, 2008

7  _____
   Honorable Maria-Elena James

JUDGMENT PURSUANT TO STIPULATION                4